COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      James Jackson III v. The State of Texas

Appellate case number:    01-15-00330-CR

Trial court case number:  1359103

Trial court:              248th District Court of Harris County

A jury found appellant, James Jackson III, guilty of the felony offense of aggravated sexual assault and assessed punishment at confinement for sixty years. Appellant's appointed trial counsel filed a notice of appeal on appellant's behalf and filed a motion to withdraw, which the trial court granted. The trial court then found that appellant was indigent and appointed Emily Detoto to represent appellant on appeal. Appellant's brief was due to be filed in this appeal on August 27, 2015.

On August 26, 2015, Robert L. Sirianni, Jr., representing that appellant "recently retained the firm Brownstone, P.A. and Robert L. Sirianni, Jr." to represent appellant on appeal, filed a motion requesting an extension of time to file appellant's brief. However, no designation of new lead counsel, motion for leave to withdraw, or motion to substitute counsel has been filed in compliance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.1(c) (setting out requirements for designation of new lead counsel on appeal), 6.5 (setting out requirements for motion for leave to withdraw as counsel and substitution of counsel on appeal). Accordingly, we dismiss the motion for extension of time to file appellant's brief filed by Robert L. Sirianni, Jr.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
              ☒ Acting individually     ☐ Acting for the Court

Date: September 15, 2015